SUPREME COURT
FILED

Ninth Circuit - No. 19-55616

AUG -9 2023

S280128

Jorge Navarrete Clerk

# IN THE SUPREME COURT OF CALIFORNIA

Deputy

En Banc

---

DAVID CASSIRER; THE ESTATE OF AVA CASSIRER; UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation, Plaintiffs and Appellants,

v.

THYSSEN-BORNEMISZA COLLECTION FOUNDATION, Defendant and Respondent.

---

The applications to appear as counsel pro hac vice are granted. (Cal. Rules of Court, rule 9.40(a).)

The request, made pursuant to California Rules of Court, rule 8.548, for this court to decide questions of California law presented in a matter pending in the United States Court of Appeals for the Ninth Circuit, is denied.

Groban, J., is of the opinion the request should be granted.



GUERRERO
*Chief Justice*