| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 30 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DAVID CASSIRER; et al.,

    Plaintiffs-Appellants,

 v.

THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,

    Defendant-Appellee.

No. 19-55616

D.C. No. 2:05-cv-03459-JFW-E
Central District of California, Los Angeles

ORDER

Before: CALLAHAN, BEA, and IKUTA, Circuit Judges.

Plaintiffs-Appellants' unopposed motion for additional simultaneous briefing [Dkt. No. 132] is **GRANTED**. The parties shall file briefs concerning the application of California's choice-of-law test simultaneously, on September 29, 2023. Each brief shall not exceed 5,000 words.