**FILED**

MAR 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID CASSIRER; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain, <br><br> Defendant-Appellee. | No. 19-55616 <br><br> D.C. No. 2:05-cv-03459-JFW-E <br> Central District of California, Los Angeles <br><br> ORDER |

Before: CALLAHAN, BEA, and IKUTA, Circuit Judges.

Defendant-Appellee Thyssen-Bornemisza Collection Foundation is ordered to file a response to Plaintiffs-Appellants' Petition for Panel Rehearing and Rehearing En Banc (Dkt. No. 155) filed on February 22, 2024. The response shall not exceed fifteen pages or 4,200 words and shall be filed within twenty-one days of the date of this order.