No. 19-55616

In The
United States Court of Appeals for the Ninth Circuit

---

David Cassirer, The Estate Of Ava Cassirer, And
United Jewish Federation Of San Diego County,
a California non-profit corporation,
*Plaintiffs-Appellants*,

v.

Thyssen-Bornemisza Collection Foundation,
*Defendant-Appellee*.

---

Appeal from the United States District Court,
Central District of California, Case No. 2:05-cv-03549-JFW-E,
Honorable John F. Walter

---

**PLAINTIFFS-APPELLANTS' SUPPLEMENT
TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
PETITION FOR REHEARING AND REHEARING EN BANC**

---

Plaintiffs-Appellants David Cassirer, *et al.*, file this Supplement to their Motion for Leave to File Reply in Support of Petition for Rehearing and Rehearing En Banc, D.E. 171. Counsel for Appellee Thyssen-Bornemisza Collection Foundation ("TBC") today has advised that TBC does not consent to the request for leave to file a reply, but will not be filing a written objection.

1

Dated: April 26, 2024      Respectfully submitted,

/s/ *David A. Barrett*

| | |
|---|---|
| DAVID BOIES | DAVID A. BARRETT |
| BOIES SCHILLER FLEXNER LLP | BOIES SCHILLER FLEXNER LLP |
| 333 Main Street | 55 Hudson Yards |
| Armonk, NY 10504 | New York, NY 10001 |
| Tel: (914) 749-8200 | Tel: (212) 446-2300 |
| | |
| SAMUEL J. DUBBIN, P.A. | STEPHEN N. ZACK |
| DUBBIN & KRAVETZ, LLP | BOIES SCHILLER FLEXNER LLP |
| 1200 Anastasia Avenue, Suite 300 | 100 S.E. 2nd Street, Suite 2800 |
| Coral Gables, FL 33134 | Miami, FL 33131 |
| Tel: (305) 371-4700 | Tel: (305) 539-8400 |

LAURA W. BRILL
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
Tel: (310) 556-2700

*Counsel for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *David A. Barrett*
David A. Barrett