# EXHIBIT A

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 10, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

  Re: David Cassirer, et al.
    v. Thyssen-Bornemisza Collection Foundation
    No. 24-652
    (Your No. 19-55616)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Assem. Bill 2867, 2023–2024 Reg. Sess. (Cal. 2024).

  The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

            Sincerely,

            **Scott S. Harris**, Clerk