# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 11, 2025

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  David Cassirer, et al.
            v. Thyssen-Bornemisza Collection
            No. 24-652 (Your docket No. 19-55616)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                     Sincerely,

                                     SCOTT S. HARRIS, Clerk

                                     By

                                     *[signature: M. Altner]*
                                     M. Altner
                                     Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 11, 2025

Mr. David Boies, Esq.
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504

Mr. Thaddeus John Stauber, Esq.
Nixon Peabody LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071

Re:  David Cassirer, et al.
     v. Thyssen-Bornemisza Collection
     No. 24-652 (Your docket No. 19-55616)

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioners are given recovery of costs in this Court as follows:

**Clerk's costs:** $300.00

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 9th Cir.
     (Your docket No. 19-55616)

# Supreme Court of the United States

No. 24–652

**DAVID CASSIRER, ET AL.,**

Petitioners

v.

**THYSSEN-BORNEMISZA COLLECTION FOUNDATION**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Assem. Bill 2867, 2023-2024 Reg. Sess. (Cal. 2024).

**IT IS FURTHER ORDERED** that the petitioners, David Cassirer, et al., recover from Thyssen-Bornemisza Collection Foundation, Three Hundred Dollars ($300.00) for costs herein expended.

March 10, 2025

**Clerk's costs:** $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States