FOR PUBLICATION

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID CASSIRER; THE ESTATE OF AVA CASSIRER; UNITED JEWISH FEDERATION OF SAN DIEGO COUNTY, a California non-profit corporation, | No. 19-55616 <br><br> D.C. No. 2:05-cv-03459-JFW-E |
| *Plaintiffs-Appellants*, | ORDER |
| v. | |
| THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain, | |
| *Defendant-Appellee*. | |

On Remand from the United States Supreme Court

Filed April 30, 2025

Before: Consuelo M. Callahan, Carlos T. Bea, and Sandra S. Ikuta, Circuit Judges.

## SUMMARY[*]

**Foreign Sovereign Immunities Act / Return of Art**

The panel filed an order granting plaintiffs-appellants' motion for remand and remanding the case to the district court for proceedings consistent with the Supreme Court's opinion in *Cassirer v. Thyssen-Bornemisza Coll. Found.*, No. 24-652, 2025 WL 746324 (U.S. Mar. 10, 2025).

## COUNSEL

David Boies (argued), Boies Schiller Flexner LLP, Armonk, New York; David A. Barrett, Boies Schiller Flexner LLP, New York, New York; Scott E. Grant, Boies Schiller Flexner LLP, Washington D.C.; Stephen N. Zack, Andrew S. Brenner, and Rossana Baeza, Bois Schiller Flexner LLP, Miami, Florida; Laura W. Brill and Nicholas Daum, Kendall Brill & Kelly LLP, Los Angeles, California; Samuel J. Dubbin, Dubbin & Kravetz LLP, Coral Gables, Florida; Devin Freedman, Freedman Normand Friedland, Miami, Florida; for Plaintiffs-Appellants.

Thaddeus J. Stauber (argued), Sarah E. André, Aaron M. Brian, and Irene Scholl-Tatevosyan, Nixon Peabody LLP, Los Angeles, California, for Defendant-Appellee.

Patrick T. Byrne and Bernardo M. Cremades Román, B. Cremades & Asociados, Madrid, Spain, for Amici Curiae

---

[*] This summary constitutes no part of the opinion of the court. It has been prepared by court staff for the convenience of the reader.

Comunidad Judía de Madrid & Federación de Comunidades Judías de España.

Amelia L.B. Sargent and Kirby Hsu, Willenken LLP, Los Angeles, California, for Amici Curiae Kingdom of Spain.

Benjamin Conway and Catherine Z. Ysrael, Deputy Attorneys General; Srividya Panchalam, Supervising Deputy Attorney General; Michael L. Newman, Senior Assistant Attorney General; Rob Bonta, Attorney General of California; Office of the California Attorney General, Los Angeles, California; for Amici Curiae State of California.

Benjamin G. Shatz, Manatt Phelps & Phillips LLP, Los Angeles, California; Rajika L. Shah, Loyola Genocide Justice Clinic LMU Loyola Law School, Los Angeles California; for Amici Curiae 1939 Society, Bet Tzedek, Center for the Study of Law & Genocide, and Loyola Genocide Justice Clinic.

Robert E. Kohn, Kohn Law Group Inc., Santa Monica, California; Raymond J. Dowd, Dunnington Bartholow & Miller LLP, New York, New York; for Amici Curiae Monuments Men and Women Foundation and Holocaust Restitution Committee.

## ORDER

Plaintiffs-Appellants' Motion for Remand to the District Court (Dkt. 182) is GRANTED. The case is remanded to the district court for proceedings consistent with the Supreme Court's opinion in *Cassirer v. Thyssen-Bornemisza Collection Foundation*, No. 24-652, 2025 WL 746324 (U.S. Mar. 10, 2025). Each party shall bear their own costs.